# Exhibit A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Phoenix Status Line: (602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

Charge No. 540-2009-00654

Mona C. Smith
2710 N 133rd Dr.
Goodyear, AZ 85395                                      Charging Party

Valley Radiologists LTD
2323 W Rose Garden Lane
Phoenix, AZ 85027                                       Respondent

## DETERMINATION

I issue the following determination on the merits of this charge.

Respondent is an employer within the meaning of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101, et seq. Timeliness and all other requirements for coverage have been met.

Charging Party alleged that she was informed by the Respondent she was not going to perform mammograms because of her disability and that she was a liability for the company.

I have considered all the evidence obtained during the investigation and find there is reasonable cause to believe that there is a violation of the ADA in that Respondent discriminated against Charging Party because of her disability when they removed her from the mammography technologist position she occupied.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Disclosure of information obtained by the Commission during the conciliation process will be made only in accordance with the confidentiality provisions of the ADA and Commission Regulations.

If the Respondent wishes to accept this invitation to participate in conciliation efforts, it may do so at this time by proposing terms for a conciliation agreement. Those terms should be provided to the Commission representative, Lorna V. Simpson at (602) 640-4858, within 14 days of the

date of this determination. The remedies for violations of the statutes we enforce are designed to make the identified victims whole, and to provide corrective and preventative relief. These remedies may include, as appropriate, an agreement by the Respondent not to engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or liquidated damages, and notice to employees of the violation(s) and the resolution of the charge.

Should the Respondent have further questions regarding the conciliation process or the conciliation terms it would like to propose, we encourage it to contact the assigned Commission representative. Should there be no response from the Respondent within 14 days, we may conclude that further conciliation efforts in this matter would be futile or non-productive.

On Behalf of the Commission:

_24 May 10_
Date

Rayford O. Irvin
Acting District Director

MAY 26 2010