**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mona Smith, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>Valley Radiologists Ltd., a corporation,<br><br>           Defendant. | No. CV11-0599-PHX-DGC<br><br>**ORDER** |

Plaintiff filed a complaint asserting discrimination and retaliation in violation of the Americans with Disabilities Act. Doc. 1. On May 2, 2011, Defendant moved to dismiss the complaint for failure to state a claim to relief. Doc. 6. Plaintiff, as a matter of course, *see* Fed. R. Civ. P. 15(a)(1)(B), filed an amended complaint eleven days later.

**IT IS THEREFORE ORDERED:**

1. Defendant's motion to dismiss (Doc. 6) is **denied** as moot.

2. Defendant shall answer or otherwise respond to the amended complaint (Doc. 7) by **June 3, 2011**. *See* Fed. R. Civ. P. 15(a)(3).

Dated this 25th day of May, 2011.

_____
David G. Campbell
United States District Judge